ORIGINAL

U. S. DISTRICT COURT
Eastern District of Louisiana

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED MAY 2 4 2006

LORETTA G. WHYTE
Clerk

ELTON JOHN LEE,
 Petitioner

Vs.

UNITED STATES OF AMERICA
 Respondent

CRIMINAL DOCKET NO. 00-196 F(1)

PETITIONER'S MOTION TO COMPEL GOVERNMENT

TO ACT IN GOOD FAITH

  COMES NOW, THE PETITIONER, ELTON JOHN LEE, pro se, hereby files this Motion to the court, to Compel the Government To Act In Good Faith. The Petitioner, submits this Motion based on the following, to wit:

1.  That this Petitioner, while incarcerated, provided information to government agents concerning individuals involved in the trafficking of crack cocaine, a Schedule II Narcotic Drug. The information provided by the Petitioner aided in the prosecution of CALVIN WILSON and LLOYD BROWN in the Eastern Division of Louisiana.

___Fee_____
___Process_____
_X_Dktd_____
_X_CtRmDep_____
Doc. No._____

2.  The Petitioner, was sent from F.C.C. Yazoo City Low by a court ordered writ on October 5, 2004. Based on the foregoing assistance to the United States Attorney's

- 1 -

Office in the investigation and prosecution of CALVIN WILSON and LLOYD BROWN, the government should have respectfully moved this court to impose a sentence below that originally ordered in count one of the indictment, based upon the evidence presented in this Motion.

3. The Petitioner avers that his cooperation should have involved a substantial reduction in his sentence, knowing that the Petitioner's agreement to provide this information was done so with the understanding that the government would file a Motion pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, and would have shown to this court grounds that said Motion should be granted.

4. While the Petitioner was back in this court on writ, he spoke with DEA agent WILL CAMERON, and Assistant United States Attorney TRACY KNIGHT. The Petitioner began giving information on LLOYD BROWN, two years before his arrest and 8 months before CALVIN WILSON, and was brought to court to be debriefed after their arrest.

5. The Petitioner requests that an evidentiary hearing be granted where the Petitioner can submit evidence in support of the cooperation that was rendered, and the agreement which was not made known to this Honorable Court by government Motion for Sentencing Departure.

Where the Petitioner has irretrievably subjected his family

and himself to great danger in providing substantial assistance in prosecution and conviction concerning "drug trafficking crime." The Petitioner requests and opportunity to personally make this agreement known to the court via evidentiary hearing as the government has not (either by mistake or inadvertence) completed its obligation in apprising this Honorable Court of the nature and extent of the Petitioner's agreement. Where the Petitioner fulfilled his end of the agreement to provide substantial assistance to the United States and the United States failed to file its Rule 35(b) Motion on the Petitioner's behalf, the District Court should grant an evidentiary hearing and appoint counsel to hear evidence of Petitioner's cooperation agreement. See: United States v. Gonzalez, 309 F. 3d 882 (5th Cir. 2002).

WHEREFORE, the Petitioner prays to this Honorable Court for an evidentiary Hearing to be granted, and further prays that this Honorable Court would compel the government to act in good faith and submit to this court a Motion to Reduce Sentence in the above styled cause in regard to ELTON JOHN LEE, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

Respectfully submitted, this the 22nd day of April, 2006

Respectfully submitted,

*Elton John Lee*

ELTON JOHN LEE

Reg. No: 27057-034

F.C.C. Yazoo City   Medium

P.O. Box 5888

Yazoo City, MS 39194-5888

## CERTIFICATE OF SERVICE

I, ELTON JOHN LEE, do hereby certify that I have this day mailed, postage paid, a true and correct copy of the above and foregoing Motion to Assistant United States Attorney TRACY KNIGHT, at her usual mailing address, which is Hale Boggs Federal Building 501 Magazine St., 2nd Floor New Orleans, LA. 70130-3313 the original of which is filed with the Clerk of the United States District Court for the District of                      in Criminal Complaint No: 00-196                .

This, the 22nd day of April, 2006.

*Elton John Lee*

ELTON JOHN LEE

Reg. No.   27075-034

F.C.C. - Yazoo City - Medium

P.O. Box 5888

Yazoo City, MS 39194-5888

ELTON JOHN LEE
Reg. No. 27075-034
F.C.C. Yazoo City - Medium
P.O. Box 5888
Yazoo City, MS 39194-5888

LEGAL MAIL
JACKSON MS 392
22 MAY 2006 PM 1 T

Clerk, United States District Court
For the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

7012 0433 2267 0024  LEGAL MAIL