IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

ELTON JOHN LEE,
    Petitioner,

00cr 196 F/1

-VS-

Reg. No.: 27075-034

UNITED STATES OF AMERICA
    Respondent.

## NOTICE OF RIPENESS

## AND

## ORDER TO SHOW CAUSE WHY GOVERNMENT

## IS BREACHING THE TERMS OF THE AGREEMENT

COMES NOW, your Petitioner, ELTON JOHN LEE, Pro Se, and Notice the Court that the Petitioner's Motion to Compel the Government to Act in Good Faith is ripe for disposition, as all pleadings and motions have been in for more than ninety (90) days. The Petitioner also requests that the Court Order the government to show cause why it is breaching the terms of the agreement.

The Petitioner requests that an evidentiary hearing be granted where the Petitioner can submit evidence in support of the co-operation that was rendered, and the agreement which was not made known to this Honorable District Court.

Where the Petitioner has irretrievably subjected his family and himself

to great danger in providing substantial assistance to the United States government, the Petitioner requests an opportunity to personally make this agreement known to the court via evidentiary hearing as the government has not (either by mistake or inadvertence) completed its obligation in fully apprising this Honorable District Court of the nature and extent of the Petitioner's agreement. Where the Petitioner fulfilled his end of the agreement ot provide substantial assistance to the United States and the United States failed to file its Rule 35(b) motion on the Petitioner's behalf the District Court should grant an evidentiary hearing and appoint new counsel to hear evidence of the Petitioner's co-operation agreement. See: United States v. Gonzalez, 309 F. 3d 282 (5th Cir. 2002).

It is not this Petitioner's intentions to frustrate this Honorable District Court with a motion, nor cause this Honorable District Court to deny its Motion out of frustration. The Petitioner claims that the above allegations are not contradicted by the record and the claims are not frivolous. See: Aron v. United States, 291 F. 3d 708 (11th Cir. 2002). On this basis, the Petitioner moves for an evidentiary hearing.

The Petitioner also moves this Honorable District Court to order the government to show cause why it is breaching the terms of the agreement. As the Petitioner fulfilled his end of the agreement and provided substantial assistance to the United States government.

Respectfully Submitted,

*Elton John Lee*

ELTON JOHN LEE
Reg. No.: 27075-034
F.C.C. - Yazoo City - Medium
P. O. Box 5888
Yazoo City, MS 39194-5888

## CERTIFICATE OF SERVICE

The Petitioner has mailed a copy of the foregoing motion to: Tracy Knight, Assistant United States Attorney, For the Eastern District of Louisiana, at 501 Magazine Street, 2nd Floor, New Orleans, Louisiana 70130-3313, this the 15th day of August, 2006.

*Elton Lee*
_____
ELTON JOHN LEE



Eddie John Lee
Reg. No. 27015-034
F.C.C. Yazoo City - Medium
P.O. Box 5888
Yazoo City, MS 39194-5888

Clerk, United States District Court
United States District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

LEGAL MAIL ONLY