UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO. 00-196 |
| ELTON JOHN LEE | SECTION "F" |

ORDER

Elton John Lee has filed a Notice of Ripeness and Order to Show Cause Why Government Is Breaching the Terms of the Agreement. In order for the Court to determine the action, if any, to be taken on this application,

IT IS ORDERED: that the Clerk of Court serve a copy of the application and this Order on the United States Attorney for the Eastern District of Louisiana;

IT IS FURTHER ORDERED: that the United States Attorney for the Eastern District of Louisiana file with this Court, on or before September 25, 2006, an answer containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies.

New Orleans, Louisiana, September 5, 2006.

MARTIN L. FELDMAN
UNITED STATES DISTRICT JUDGE

1