IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED OCT 5 2006
LORETTA G. WHYTE
Clerk

ELTON JOHN LEE,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

CRIMINAL ACTION NO. 00-196
SECTION "F" (1)

### PETITIONER'S MOTION TO THE COURT TO COMPEL GOVERNMENT TO RESPOND TO THIS COURT'S ORDER

COMES NOW, Elton John Lee, Petitioner Pro se, and files this motion to this court to compel Government to respond to this court's order. For the following to wit, this motion is due to be granted.

1. The petitioner has filed a Notice of Ripeness and order to show cause why Government is breaching the terms of the Agreement.

2. The petitioner received an order from this Honorable District on September 20, 2006 ordering the United States Attorney for the Eastern District of Louisiana to file with the court on or before

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
___ Doc. No. ___

September 25, 2006 an answer concerning petitioner's Application.

3. The petitioner as of October 2, 2006 has not received said Application from the United States Attorney's office for the Eastern District of Louisiana.

4. The petitioner acted in good faith and was willing and ready when he was ordered back to the Eastern District of Louisiana by court ordered writ to be debriefed by The D.E.A. and the United States Attorney's office.

THEREFORE, based on the following the petitioner prays to this Honorable District Court that Government be compel to answer this Court's order. The petitioner further prays that this Honorable District Court grant his motion to compel the Government to respond to this Court's order.

Respectfully Submitted,

Elton Lee

ELTON JOHN LEE
Reg. No. 27025-034
FCC Yazoo City-Medium
P.O. Box 5888
Yazoo City, MS 39194-5888

2.

## CERTIFICATE OF SERVICE

I, Elton John Lee, do hereby certify that a copy of the foregoing motion has been mailed this the 2nd day of October, 2006, to

    United States Attorney's Office
    Eastern District of Louisiana
    Hale Boggs Federal Building
    501 Magazine St., 2nd Floor
    New Orleans, Louisiana 70130-3313

                                                  _/s/ Elton John Lee_
                                                  Elton John Lee



JACKSON MS 392
03 OCT 2006 PM 3 L

UNITED STATES DISTRICT COURT
CLERK, U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

ELTON JOHN LEE
REG. NO. 27025-034
F.C.C. Yazoo City - Medium
P.O. Box 5888
Yazoo City, MS 39194-5888