```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-196 |
| v. | * | SECTION: "F" |
| ELTON JOHN LEE | * | |
| * * * | | |

## MOTION AND INCORPORATED MEMORANDUM
## TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an order withdrawing John R. Morello and enrolling Assistant United States Attorney Carol L. Michel as counsel of record for the United States.  Former Assistant United States Attorney John Morello, who prosecuted the instant case, retired from service several years ago and is no longer involved in this case.  Until recently, this case has been dormant since 2002 when this Court ruled on defendant's motion for relief pursuant to 28 U.S.C. § 2255, and there was no need to substitute counsel for the government.  The defendant, Elton John

1

Lee, has now filed a motion which requires a response from the government and since John R. Morello is no longer employed by this office, it is necessary to enroll new counsel.

**WHEREFORE** undersigned counsel respectfully requests that John R. Morello be withdrawn as counsel of record for the United States and that Carol L. Michel be enrolled as counsel of record for the United States.

                                      Respectfully submitted,

                                      JIM LETTEN
                                      UNITED STATES ATTORNEY

                                      /S/ Carol L. Michel
                                      CAROL L. MICHEL (Bar #14226)
                                      Assistant United States Attorney
                                      500 Poydras Street, Room 210-B
                                      New Orleans, Louisiana  70130
                                      Telephone:  (504) 680-3095
                                      carol.michel@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I further certify that a copy of the foregoing has been served upon pro se prisoner Elton John Lee by mailing same, properly addressed and postage prepaid this 20th day of April, 2007.

/S/ Carol L. Michel
CAROL L. MICHEL
Assistant United States Attorney
