```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA       *      CRIMINAL NO. 00-196

         v.                    *      SECTION:  "F"

ELTON JOHN LEE                 *

                         *     *      *
```

## <u>O R D E R</u>

Considering the foregoing,

**IT IS ORDERED** that JOHN R. MORELLO is hereby withdrawn as counsel of record for the United States of America.

**IT IS FURTHER ORDERED** that CAROL L. MICHEL is enrolled as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of April, 2007.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```