```
              UNITED STATES  DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *    CRIMINAL NO. 00-196

        v.                    *    SECTION:  "F"

ELTON JOHN LEE                *

                      *    *    *
```

### GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO EXTEND TIME TO FILE A RESPONSE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect requests an extension of time to file its response to Elton John Lee's "Notice of Ripeness and Order to Show Cause Why Government is Breaching the Terms of the Agreement" for the reasons set forth below.

Elton John Lee ("Lee") has filed the aforementioned motion on August 28, 2006. On September 5, 2006, this Court ordered that the Clerk of Court serve a copy of the motion upon the United States and ordered the government to file a response on or before September 25, 2006.  The docket sheet indicated that counsel of record was John Morello, who was formerly government counsel, but

1

who retired from the office some time ago. The U.S. Attorney's Office was not listed as counsel of record and the government did not receive a copy of the order. The government did not file a response on or before September 25, 2006.

During the week of April 2, 2007, this office learned that the government had failed to respond. The case was then transferred internally to the undersigned Assistant United States Attorney for the purpose of filing a response. While researching the issues and preparing its response, it became evident that in order to file an accurate response, it was necessary to review the factual basis, and plea agreement, if one existed, because in the motion Lee contends that the government breached its agreement with him. The docket sheet did not indicate that there was a plea agreement, but because several of the documents had not been scanned electronically, a review of the actual record was necessary to determine if, in fact, that government had a plea agreement with Lee.

Undersigned then contacted closed records clerk in the Clerk of Court's office who advised that the record had been shipped to the Federal Records Retention Center. Upon learning that fact, undersigned immediately requested that the record be shipped back here and contacted the Court's staff regarding a short extension. This Court's staff advised undersigned to file its opposition as soon as possible after the record became available. The Clerk of

Court received the record on April 19, 2007, and undersigned counsel has reviewed it and made copies of the documents necessary to an accurate response.  The government, therefore, is requesting an extension of time until Monday, April 23, 2007, to file its opposition.

**WHEREFORE**, for the aforementioned reasons, the government hereby requests an extension of time until Monday, April 23, 2007, to file its response to the motion filed by Lee entitled "Notice of Ripeness and Order to Show Cause Why Government is Breaching the Terms of the Agreement."

        Respectfully submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY


        /s/ Carol L. Michel
        CAROL L. MICHEL
        Assistant United States Attorney
        Hale Boggs Federal Building
        500 Poydras St., Room 210-B
        New Orleans, LA 70130
        Telephone: (504) 680-3095
        carol.michel@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. The defendant is a pro se prisoner, therefore, undersigned counsel certifies that a copy has been sent to Elton John Lee, by U.S. postal service, postage prepaid and properly addressed, this 20th day of April, 2007.

                                               /s/ Carol L. Michel
                                               CAROL L. MICHEL