**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-196 |
| v. | * | SECTION: "F" |
| ELTON JOHN LEE | * | |

\* \* \*

### O R D E R

Considering the foregoing motion;

**IT IS ORDERED** that the government's request for an extension of time until April 23, 2007, to respond to Elton John Lee's motion, entitled "Notice of Ripeness and Order to Show Cause Why Government is Breaching the Terms of the Agreement," is **GRANTED**.

New Orleans, Louisiana, this _____ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE