UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 00-196 |
| v. | * | SECTION: "F" |
| **ELTON JOHN LEE** | * | |

\* \* \*

**O R D E R**

Considering the foregoing,

**IT IS ORDERED** that JOHN R. MORELLO is hereby withdrawn as counsel of record for the United States of America.

**IT IS FURTHER ORDERED** that CAROL L. MICHEL is enrolled as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this <u>23rd</u> day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE