# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Elton Lee | ) Case No: cr00-196-003 |
| | ) USM No: |
| Date of Previous Judgment: 04/18/2001 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

**III. ADDITIONAL COMMENTS**

No further reduction in sentence is warranted. The original 189 month sentence imposed on April 18, 2001 was reduced on April 28, 2004 to 126 months based on Rule 35. Accordingly, the defendant already received an 84-month sentence reduction below the original low end of the guideline range as a result of the Rule 35 reduction, and his current 126-month sentence is 9 months below the reduced end of the amended guideline range.

Except as provided above, all provisions of the judgment dated 04/18/2001 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 05/30/2008

_Martin L.C. Feldman_
Judge's signature

Effective Date: 05/30/2008
(if different from order date)

Martin L.C. Feldman, U.S. District Judge
Printed name and title